IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BEVERLY BETANCUR,

    Plaintiff,

v.                            CASE NO. 4:06cv428-RH/WCS

STATE OF FLORIDA,
DEPARTMENT OF HEALTH, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 83) and the objections thereto (document 84). I have reviewed de novo the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendants' motion to dismiss plaintiff's third amended complaint

(document 72) is GRANTED.  The complaint is dismissed with prejudice for failure to state a claim upon which relief may be granted.  The clerk shall enter judgment and close the file.

      SO ORDERED this 21st day of February, 2008.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge